UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

RAYMOND A. COLLINS,

                Petitioner,

   v.                                                                              04-CV-1472
                                                                                (95-CR-232)

UNITED STATES OF AMERICA,

                Respondent.
_____

**THOMAS J. McAVOY**
**Senior United States District Judge**

## DECISION & ORDER

On July 20, 2005, the Court issued a Decision and Order that denied and dismissed Petitioner Raymond Collins' motion for relief brought pursuant to 28 U.S.C. §2255.  See July 20, 2005 Decision & Order, dkt.#17.  In dismissing the Petition, the Court determined, *sua sponte,* that Petitioner was not eligible for a Certificate of Appealability (COA) pursuant to 28 U.S.C. § 2253. Id.  Thereafter, Petitioner moved for reconsideration of the July 20, 2005 Decision and Order, arguing, *inter alia*, that the Court erred as a matter of law by its *sua sponte* denial of a COA. Petitioner's motion for reconsideration was denied. See June 27, 2006 Decision and Order, dkt. # 25.  Petitioner now makes a "Renewed Application for a Certificate of Appealability."  See dkt. # 26.  For the reasons previously discussed in the July 20, 2005 Decision & Order and the June 27, 2006 Decision and Order, the application [dkt. # 26] is **DENIED.**

**IT IS SO ORDERED.**

Dated: December 7, 2006

                                                       */s/ Thomas J. McAvoy*
                                                       Thomas J. McAvoy
                                                      Senior, U.S. District Judge